# Court of Appeals
# of the State of Georgia

ATLANTA, October 03, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0336. WATSON v. THE STATE.**

Upon consideration of Appellant's Motion to Remand the above styled case and the Appellee's consent to the Motion, the Motion is hereby GRANTED. This case shall be remanded to the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/03/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*